| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Raymond and Raymond, Esq.**<br>**Attorneys at Law**<br>**7 Glenwood Avenue, 4TH Floor**<br>**East Orange, New Jersey 07017**<br>**(973) 675-5622 Telephone**<br>**(408) 519-6711 Telefax**<br>**Email: bankruptcy123@comcast.net**<br>**Herbert B. Raymond**<br>**Jeffrey M. Raymond**<br>**Kevin L. de Lyon**<br>**Attorneys for the Debtor(s).** | Order Filed on May 17, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br><br>ROBERT CORSAR, DEBTOR(S) | Case No.: 15-14996  (VFP)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: VINCENT PAPALIA |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: May 17, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2

Debtor: Robert Corsar, Debtor(s)

Case no.: 15-14996 (VFP)

Caption of order: Order Granting Supplemental Counsel Fees

_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$600.00** for services rendered and expenses in the amount **N/A** for a total of **$600.00**. The allowance shall be payable

___XXXX___  through the Chapter 13 plan as an administrative priority.

**The amount of $350 to be paid through the plan as an administrative expense.**

___XXXX__  outside the plan.

**The amount of $250 to be paid outside the plan.**

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.