UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Herbert B. Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax (408) 519-6711
Voice-mail (815) 642-4613
Email: bankruptcy123@comcast.net
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on June 12, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

ROBERT W. CORSAR, DEBTOR(S)

Case No.: 15-14996 VFP

Adv. No.:

Hearing Date: 6/1/17 @ 11:00 A.M.

Judge:

ORDER CANCELLING AND DISCHARGING JUDGMENT LIEN

    The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: June 12, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2

Debtor: Robert W. Corsar, Debtor(s)

Case no.: 15-14996 VFP

Caption of order: Order Cancelling and Discharging Judgment Lien

_____

    1. That the judicial/judgment lien held by St. Clare's Hospital, in and on real property owned by the Debtor located at 18 Garden Avenue, Rockaway, New Jersey, entered of record in the Superior Court of New Jersey as follows:

        a. St. Clare's Hospital

           i. St. Clare's Hospital v. Robert Corsar

           ii. Judgment Number: DJ-101503-14

           iii. Case Number: DC-001665-13

           iv. Judgment Enter Date: June 12, 2014

           v. Judgment Filing Date: August 5, 2013

           vi. Court: SCP

           vii. Venue: Morris County

           viii. Judgment Amount: $750 plus counsel fees, interest and costs

be and is hereby avoided and cancelled.

    2. The Clerk of the Superior Court is ordered to cancel, release and/or remove this lien from the judgment index.

    3. That any and all credit reporting agencies shall honor and comply with this Order by removing and deleting the foregoing lien/judgment from any and all credit reports for the debtor/defendant, Robert W. Corsar.