UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Herbert B. Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4^(TH) Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax (408) 519-6711
Voice-mail (815) 642-4613
Email: bankruptcy123@comcast.net
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on June 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ROBERT W. CORSAR, DEBTOR(S)

Case No.: 15-14996 VFP

Adv. No.:

Hearing Date: 6/1/17 @ 11:00 A.M.

Judge:

ORDER CANCELLING AND DISCHARGING JUDGMENT LIEN

    The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: June 12, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Robert W. Corsar, Debtor(s)

Case no.: 15-14996 VFP

Caption of order: Order Cancelling and Discharging Judgment Lien

_____

    1. That the judicial/judgment lien held by St. Clare's Hospital, in and on real property owned by the Debtor located at 18 Garden Avenue, Rockaway, New Jersey, entered of record in the Superior Court of New Jersey as follows:

        a. St. Clare's Hospital

            i. St. Clare's Hospital v. Robert Corsar

            ii. Judgment Number: DJ-101503-14

            iii. Case Number: DC-001665-13

            iv. Judgment Enter Date: June 12, 2014

            v. Judgment Filing Date: August 5, 2013

            vi. Court: SCP

            vii. Venue: Morris County

            viii. Judgment Amount: $750 plus counsel fees, interest and costs

be and is hereby avoided and cancelled.

    2. The Clerk of the Superior Court is ordered to cancel, release and/or remove this lien from the judgment index.

    3. That any and all credit reporting agencies shall honor and comply with this Order by removing and deleting the foregoing lien/judgment from any and all credit reports for the debtor/defendant, Robert W. Corsar.

United States Bankruptcy Court
District of New Jersey

In re:
Robert W Corsar
      Debtor

Case No. 15-14996-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 12, 2017
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2017.
db          +Robert W Corsar,    18 Garden Avenue,    Rockaway, NJ 07866-3112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Herbert B. Raymond    on behalf of Debtor Robert W Corsar bankruptcy123@comcast.net, jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@buckleymadole.com
                                                                                           TOTAL: 4